PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $16,500.00 IN U.S. CURRENCY,<br><br>            Defendant. | 2:16-MC-00163-KJM-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Michael Henderson ("claimant" or "Henderson"), by and through their respective counsel, as follows:

1. On or about July 8, 2016, claimant Henderson filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $16,500.00 in U.S. Currency. (hereafter "defendant currency"), which was seized on April 6, 2016.

2. The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was October 6, 2016.

4.     By Stipulation and Order filed October 13, 2016, the parties stipulated to extend to November 7, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed November 9, 2016, the parties stipulated to extend to December 7, 2016, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     By Stipulation and Order filed December 7, 2016, the parties stipulated to extend to January 6, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     By Stipulation and Order filed January 5, 2017, the parties stipulated to extend to February 6, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.     By Stipulation and Order filed February 8, 2017, the parties stipulated to extend to April 6, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 5, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

Stipulation to Extend Time to File Complaint

subject to forfeiture.

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 5, 2017.

Dated:   4/4/17             PHILLIP A. TALBERT
                            United States Attorney

                            /s/ Kevin C. Khasigian
                            KEVIN C. KHASIGIAN
                            Assistant U.S. Attorney

Dated:   4/4/17             /s/ Jacek W. Lentz
                            JACEK W. LENTZ
                            Attorney for Claimant
                            Michael Henderson

                            (Authorized via text)

IT IS SO ORDERED.

Dated:   April 6, 2017

_____
UNITED STATES DISTRICT JUDGE

3

Stipulation to Extend Time to File Complaint